CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 8 2016

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KENNETH VALENTINE AWE,<br>　　Petitioner, | Civil Action No. 7:14-cv-00396 |
| v. | **FINAL ORDER** |
| WARDEN OF THE RED ONION<br>STATE PRISON,<br>　　Respondent. | By:　Hon. Michael F. Urbanski<br>　　　United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Respondent's motion for summary judgment (ECF No. 17) is **GRANTED**; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the court's active docket.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 8th day of April, 2016.

/s/ Michael F. Urbanski
United States District Judge